UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   ALEXIS LEE ALLBROOKS           CHAPTER 13 BANKRUPTCY
                                                                     CASE NO. 19-52458 KMS

         DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

## NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS

     COMES NOW, the Trustee, David Rawlings, and files this Notice of Final Cure of Mortgage Payment(s) in regard to the Claim(s) of **21ST MORTGAGE CORPORATION**.

1. The Debtor(s) has paid in full the amount required to cure any default on the claim(s), i.e. all applicable pre-petition arrearage has been cured and/or all applicable future mortgage payments made through the Plan, have been paid.

2. The above listed holder(s) of said claim(s) is obligated to file and serve a response within 21 days after service of this Notice, as required by and pursuant to FRBP 3002.1(g).

Respectfully submitted,

*/s/  DAVID RAWLINGS*

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS (21ST MORTGAGE CORPORATION (Claim #1)) to the below parties.

<u>Notice Provided via First Class U.S. Mail:</u>

| | |
|---|---|
| ALEXIS LEE ALLBROOKS | 21ST MORTGAGE CORPORATION |
| 1626 Augusta Rd | P.O. BOX 477 |
| Ellisville, MS  39437 | KNOXVILLE, TN  37901 |

<u>Service provided via Notice of Electronic Filing (NEF) through ECF system:</u>

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 14th day of May, 2025.        */s/  DAVID RAWLINGS*
                                                           DAVID RAWLINGS, TRUSTEE