**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Alexis Lee Allbrooks, Debtor         Case No. 19-52458-KMS
                                              Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

  prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

 G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

 H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ Alexis Lee Allbrooks**  **05/15/2025**
    Alexis Lee Allbrooks  Date

  **/s/ Thomas C. Rollins, Jr.**  **05/16/2025**
  Thomas C. Rollins, Jr., MS Bar No. 103469  Date
  Attorney for the Debtor
  The Rollins Law Firm, PLLC
  P.O. Box 13767
  Jackson, MS 39236
  601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

  On May 16, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

      **/s/ Thomas C. Rollins, Jr.**
      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ALEXIS LEE ALLBROOKS | CASE NO: 19-52458-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 19-52458-KMS |
| ALEXIS LEE ALLBROOKS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/16/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        (P)21ST MORTGAGE CORPORATION         CENTRAL SUNBELT FEDERAL CREDIT UNION
NCRS ADDRESS DOWNLOAD                   PO BOX 477                           NKA SUN
CASE 19-52458-KMS                       KNOXVILLE TN 37901-0477              6885 U S HIGHWAY 49 N
SOUTHERN DISTRICT OF MISSISSIPPI                                             HATTIESBURG  MS 39402-7807
FRI MAY 16 9-27-7 PST 2025


                                        EXCLUDE                              EXCLUDE
(P)FAMILY CHOICE FINANCIAL              US BANKRUPTCY COURT                  (D)(P)21ST MORTGAGE CORPORATION
3208 SERVICE DRIVE                      DAN M RUSSELL  JR US COURTHOUSE      PO BOX 477
SUITE E                                 2012 15TH STREET  SUITE 244          KNOXVILLE TN 37901-0477
PEARL MS 39208-3539                     GULFPORT  MS 39501-2036


BANK OF MISSOURI                        CACH  LLC                            (P)CMB FINANCIAL SERVICES INC
TOTAL CARD INC                          CO RESURGENT CAPITAL SERVICES        PO BOX 1731
2700 S LORRAINE PLACE                   PO BOX 10587                         HATTIESBURG MS 39403-1731
SIOUX FALLS SD 57106-3657               GREENVILLE  SC 29603-0587


CAVALRY SPV I  LLC AS ASSIGNEE OF       CELTIC BANK                          (P)SUNBELT FEDERAL CREDIT UNION
SYNCHRONY                               PO BOX 4499                          6885 US HWY 49
BANKCHEVRON AND TEXACO                  BEAVERTON  OR 97076-4499             BOX 3
500 SUMMIT LAKE DRIVE  STE 400                                               HATTIESBURG MS 39403-0003
VALHALLA  NY 10595-2321


                                        EXCLUDE
CHASE CARD SERVICES                     (D)(P)CMB FINANCIAL SERVICES INC     COMMUNITY CHOICE
PO BOX 15369                            PO BOX 1731                          127 S 16TH AVE
WILMINGTON  DE 19850-5369               HATTIESBURG MS 39403-1731            LAUREL  MS 39440-4136


                                        EXCLUDE
CREDIT ONE BANK                         (D)(P)FAMILY CHOICE FINANCIAL        HATTIESBURG ORAL SURGE
PO BOX 98873                            3208 SERVICE DRIVE                   14215 28TH AVENUE
LAS VEGAS  NV 89193-8873                SUITE E                              HATTIESBURG  MS 39402
                                        PEARL MS 39208-3539


JACOB LAW GROUP                         ONEMAIN FINANCIAL                    ONEMAIN FINANCIAL GROUP LLC
PO BOX 948                              PO BOX 1010                          ONEMAIN
OXFORD  MS 38655-0948                   EVANSVILLE  IN 47706-1010            PO BOX 3251
                                                                             EVANSVILLE  IN 47731-3251


QUANTUM3 GROUP LLC AS AGENT FOR         REGIONAL ACCEPTANCE CO               REGIONAL ACCEPTANCE CORPORATION
GPCC I LLC                              1424 E FIRE TOWER ROAD               BANKRUPTCY SECTION100500151
PO BOX 788                              GREENVILLE  NC 27858-4105            PO BOX 1847
KIRKLAND  WA  98083-0788                                                     WILSON  NC 27894-1847


(P)REPUBLIC FINANCE LLC                 RESURGENT CAPITAL SERV               SUMMIT FINANCIAL
282 TOWER RD                            15 SOUTH MAIN ST                     103 HWY 11 S
PONCHATOULA LA 70454-8318               STE 600                              ELLISVILLE  MS 39437-2601
                                        GREENVILLE  SC 29601-2768
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| THOMAS SMITH<br>1626 AUGUSTA RD<br>ELLISVILLE   MS 39437-5806 | TOTAL VISA<br>PO BOX 89940<br>SIOUX FALLS   SD 57109-6940 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| TOWER LOAN OF MISSISSIPPI   LLC<br>PO BOX 320001<br>FLOWOOD   MS 39232-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON   MS 39201-5022~~ | VERIZON<br>PO BOX 11328<br>SAINT PETERSB   FL 33733-1328 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 | DEBTOR<br>ALEXIS LEE ALLBROOKS<br>1626 AUGUSTA RD<br>ELLISVILLE   MS 39437-5806 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM   PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON   MS 39236-3767~~ | THOMAS S SMITH<br>1626 AUGUSTA ROAD<br>ELLISVILLE   MS 39437-5806 | |