**Fill in this information to identify the case:**

Debtor 1: Alexis Lee Allbrooks

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of MS (State)

Case number: 19-52458

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** 21st Mortgage Corporation

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 2871

**Property address:**
PO Box 477
Number   Street

Knoxville, TN 37901
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 1,900.28

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0

c. **Total**. Add lines a and b. (c) $ 1,900.28

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/15/2025 MM/DD/YYYY

| Debtor 1 | Alexis Lee Allbrooks | Case number (*if known*) | 19-52458 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| | ✗ /s/ Jonathan Russell | Date | 05 / 20 / 2025 |
| | Signature | | |
| Print | Jonathan   Russell | Title | Bankruptcy Coordinator |
| | First Name   Middle Name   Last Name | | |
| Company | 21st Mortgage Corporation | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | |
|---|---|---|
| Address | PO Box 477 | |
| | Number   Street | |
| | Knoxville   TN   37901 | |
| | City   State   ZIP Code | |
| Contact phone | (800) 955 – 0021 | Email: jonathanrussell@21stmortgage.com |

Form 4100R                                  Response to Notice of Final Cure Payment                                  page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE __Southern__ DISTRICT OF __Mississippi__

IN RE:                                              )
_____Alexis Lee Allbrooks_____, Debtor(s)     )    CHAPTER: __13__
                                                    )    CASE NO: __19-52458__
                                                    )

## CERTIFICATE OF SERVICE

I, _____Jonathan Russell_____, Bankruptcy Coordinator for 21st Mortgage Corporation, herby certify that on the __20__ day of May 2025, a true exact copy of Response to Notice of Final Cure Payr was served upon the following parties in this manner:

SERVICE BY ELECTRONIC MAIL:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

SERVICE BY REGULAR MAIL:

Alexis Lee Allbrooks
1626 Augusta Rd
Ellisville, MS 39437

/s/ Jonathan Russell

21ST MORTGAGE CORPORATION