IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                  BANKRUPTCY NO. 19-52458-KMS
ALEXIS LEE ALLBROOKS

21ST MORTGAGE CORPORATION'S RESPONSE TO
TRUSTEE'S MOTION TO DETERMINE FINAL CURE

COMES NOW, 21st Mortgage Corporation ("21st Mortgage"), and files this its response to Trustee's Motion to Determine Final Cure ("Motion") [Dkt # 66], and in support hereof would state as follows:

1.     The allegations set forth and contained in Paragraph 1 are admitted.

2.     The allegations set forth and contained in Paragraph 2 are denied. 21st has not payment for February and March, 2025.

**WHEREFORE, PREMISES CONSIDERED**, 21st Mortgage Corporation prays that Trustee's Motion to Determine Final Cure be denied. 21st Mortgage requests the Court to grant such other relief as is necessary under the circumstances.

**DATED:** June 12, 2025.

                                                                                                  Respectfully submitted,

                                                                                                  21st Mortgage Corporation

                                        By: _____
                                                        Edward E. Lawler, Jr.
                                                        Its Attorney

Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Email: elawler@lawlerforeman.com

## CERTIFICATE OF SERVICE

I served a copy of the foregoing Response to Trustee's Motion to Determine Final Cure upon the following individuals:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
Post Box 13767
Jackson, MS 39236

David Rawlings
Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Alexis Lee Allbrooks
1626 Augusta Road
Ellisville, MS 39437

by United States mail, postage prepaid, or by electronic notice, on June 12, 2025.

_____
Edward E. Lawler, Jr.