

SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: June 13, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**ALEXIS LEE ALLBROOKS**  CASE NO. 19-52458 KMS

DEBTOR .  CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Determination of Final Cure and Payment re: 21 Mortgage Corporation Pursuant to FRBP 3002.1 filed by the Trustee (the "Motion") (Dkt. #66) and the Court having considered the facts herein, finds that the hearing on June 20, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for July 17, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841