United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 19-52458-KMS |
| Alexis Lee Allbrooks | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

**Recip ID          Recipient Name and Address**
db                + Alexis Lee Allbrooks, 1626 Augusta Rd, Ellisville, MS 39437-5806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

**Name                              Email Address**

David Rawlings
                ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Edward E. Lawler, Jr.
                on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com

Samuel J. Duncan
                on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                on behalf of Debtor Alexis Lee Allbrooks trollins@therollinsfirm.com
                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Tracy A. Walley

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Jun 13, 2025     Form ID: pdf012     Total Noticed: 1

on behalf of Trustee David Rawlings twalley99598@gmail.com twalleylaw@gmail.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: June 13, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    **ALEXIS LEE ALLBROOKS**                         **CASE NO. 19-52458 KMS**

    **DEBTOR .**                                                 **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Determination of Final Cure and Payment re: 21 Mortgage Corporation Pursuant to FRBP 3002.1 filed by the Trustee (the "Motion") (Dkt. #66) and the Court having considered the facts herein, finds that the hearing on June 20, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for July 17, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841