# Proceeding Minutes / Proceeding Memo

**Case #:** 19-52458    **Case Name:** Alexis Lee Allbrooks

**Set:** 07/17/2025 10:30 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Determination of Final Cure and Payment Re: 21 MORTGAGE COR[PORATION. Pursuant to FRBP 3002.1. Filed by Trustee David Rawlings  (Dkt. #66)

Response filed by 21st Mortgage Corp. (Dkt. #69)

   Minute Entry Re: (related document(s): [66] Motion to Determine Final Cure and Mortgage Payment Rule 3002.1 filed by David Rawlings) Lawler to submit an Agreed Order due by 07/31/2025. Email received from Lawler's office. (mcc)