

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 25, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                      BANKRUPTCY CASE NO. 19-52458-KMS
ALEXIS LEE ALLBROOKS

### AGREED ORDER

**THIS MATTER** having come on for consideration on the Motion for Determination of Final Cure and Payment [Dkt #66] filed by the Trustee and the Response [Dkt #69] filed by creditor, 21st Mortgage Corporation ("21st Mortgage"), and the Court having considered same and the parties having reached an agreement as to the property, a 2006 Sunshine Homes manufactured home, the Court does hereby find and order as follows:

**THAT** the Debtor's obligation to 21st Mortgage is current, with all pre-petition defaults/arrearages cured through December, 2019, and the on-going mortgage payments having been paid from January, 2020 through April, 2025 by the Trustee, and with the indebtedness now being contractually due for July, 2025, not including and subsequent payments made by the debtor.

##End of Order##

AGREED AND APPROVED:

_____
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

 /s/ Thomas C. Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtor

  /s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee

| | |
|---|---|
| Creditor's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>Email: elawler@lawlerforeman.com |
| Debtor's attorney: | Thomas Carl Rollins, Jr.<br>Mississippi Bar No. 103469<br>Post Office Box 13767<br>(601) 500-5533<br>Email: trollins@therollinsfirm.com |
| Trustee: | David Rawlings<br>Post Office Box 566<br>Hattiesburg, MS 39403<br>(601) 582-5011<br>Email: ecfnotices@rawlings13.net |

TFMTG-B1908