United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 19-52458-KMS
Alexis Lee Allbrooks Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Aug 01, 2025      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Alexis Lee Allbrooks, Thomas S. Smith, 1626 Augusta Rd, Ellisville, MS 39437-5806 |
| aty | | S. Joel Johnson, Johnson, Ratliff & Waide, PLLC, P.O. Box 17738, Hattiesburg, MS 39404-7738 |
| 4813605 | | Hattiesburg Oral Surge, 14215 28th Avenue, Hattiesburg, MS 39402 |
| 4813611 | + | Summit Financial, 103 Hwy 11 S, Ellisville, MS 39437-2601 |
| 4813612 | + | Thomas Smith, 1626 Augusta Rd, Ellisville, MS 39437-5806 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 01 2025 19:28:54 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Aug 01 2025 19:31:00 | Central Sunbelt Federal Credit Union nka Sunbelt F, 6885 U. S. Highway 49 N, Hattiesburg, MS 39402-7807 |
| cr | | Email/Text: rrush@familychoicefinancial.com | Aug 01 2025 19:31:00 | Family Choice Financial, 3208 Service Dr. Ste E, Pearl, MS 39208 |
| 4813597 | | Email/Text: ebn@21stmortgage.com | Aug 01 2025 19:31:00 | 21st Mortgage Corp, Pob 477, Knoxville, TN 37902 |
| 4835314 | + | EDI: TCISOLUTIONS.COM | Aug 01 2025 23:33:00 | Bank of Missouri, Total Card Inc., 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 4841987 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2025 19:37:02 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 4824798 | | Email/Text: info@cmbfinancialservices.com | Aug 01 2025 19:31:00 | CMB FINANCIAL SERVICES, INC., P.O. BOX 1731, HATTIESBURG, MS 39403 |
| 4813601 | | Email/Text: info@cmbfinancialservices.com | Aug 01 2025 19:31:00 | Cmb Financial Services, 325 West Pine St, Hattiesburg, MS 39401 |
| 4823868 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2025 19:31:00 | Cavalry SPV I, LLC as assignee of Synchrony, Bank/Chevron and Texaco, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4813598 | + | EDI: PHINGENESIS | Aug 01 2025 23:33:00 | Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 4813600 | + | EDI: JPMORGANCHASE | Aug 01 2025 23:33:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 4813602 | + | Email/Text: bkinfo@ccfi.com | Aug 01 2025 19:31:00 | Community Choice, 127 S 16th Ave, Laurel, MS 39440-4136 |
| 4813603 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass/Delivery | Delivery Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 01 2025 19:37:02 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4813604 | Email/Text: rrush@familychoicefinancial.com | Aug 01 2025 19:31:00 | Family Choice Financial Inc, 1717 Gillbreath Drive, Laurel MS 39440 |
| 4813606 | ^ MEBN | Aug 01 2025 19:28:50 | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 4813607 | + EDI: AGFINANCE.COM | Aug 01 2025 23:33:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4822274 | EDI: AGFINANCE.COM | Aug 01 2025 23:33:00 | Onemain Financial Group LLC, Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 4839840 | EDI: Q3G.COM | Aug 01 2025 23:33:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4813609 | Email/Text: bankruptcy@republicfinance.com | Aug 01 2025 19:31:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 4813608 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 01 2025 19:47:21 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 4829088 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 01 2025 19:47:21 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 4813610 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2025 19:37:06 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 4813599 | Email/Text: member.solutions@sunbeltfcu.org | Aug 01 2025 19:31:00 | Central Sunbelt FCU, 1506 Congress Street, Laurel, MS 39440 |
| 4813614 | Email/Text: bankruptcy@towerloan.com | Aug 01 2025 19:31:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4813613 | + EDI: TCISOLUTIONS.COM | Aug 01 2025 23:33:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 4838482 | + Email/Text: bankruptcy@towerloan.com | Aug 01 2025 19:31:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4842357 | + EDI: AIS.COM | Aug 01 2025 23:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4813615 | + EDI: VERIZONCOMB.COM | Aug 01 2025 23:33:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: 3180W | Total Noticed: 33 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

**Name** **Email Address**

David Rawlings
ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Edward E. Lawler, Jr.
on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com

Samuel J. Duncan
on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
on behalf of Debtor Alexis Lee Allbrooks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Tracy A. Walley
on behalf of Trustee David Rawlings twalley99598@gmail.com twalleylaw@gmail.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Alexis Lee Allbrooks** | Social Security number or ITIN | xxx–xx–7074 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **19–52458–KMS** | | | |

# Order of Discharge                                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Alexis Lee Allbrooks**

Dated: 8/1/25     **By the court:**     /s/Katharine M. Samson
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**